**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Dennis L Uhls | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number  21-40406
(if known)

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                               12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|
| **2.1 GMC Financial**<br>Creditor's Name | Describe the property that secures the claim:<br>**2018 GMC Sierra 22,000 miles Quad cab** | $48,000.00 | $40,000.00 | $8,000.00 |
| PO Box 183123<br>Arlington, TX 76096-3123<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| Who owes the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred _____ | Last 4 digits of account number _____ | | | |
| **2.2 Hyundai Motor Finance**<br>Creditor's Name | Describe the property that secures the claim:<br>**2022 Hyundai Tucson**<br>**Son's vehicle, Debtor is co-signor** | $27,900.00 | $27,900.00 | $0.00 |
| PO Box 269011<br>Plano, TX 75026<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred _____ | Last 4 digits of account number _____ | | | |

Debtor 1  Dennis L Uhls                                                                                              Case number (if known)  21-40406
         First Name    Middle Name    Last Name

| 2.3 | Southern Illinois Bank | Describe the property that secures the claim: | $117,000.00 | $130,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

14680 St Hwy 149 West Frankfort, IL 62896  Franklin County
2 bedrooms, 2 baths, reception area, office on 1 1/4 acres.

404 S Logan St
West Frankfort, IL 62896

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   $192,900.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $192,900.00

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Dennis L. Uhls | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | 21-40406 | | |

■ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Dennis L. Uhls*                               X _____
Dennis L Uhls                                        Signature of Debtor 2
Signature of Debtor 1

Date  10/1/2021                                      Date _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Dennis L. Uhls, | ) | |
| | ) | CASE NO. 21-40406 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing <u>Amended Schedule D</u> served either electronically or by enclosing in an envelope with postage fully prepaid, upon:

United States Trustee, Becker Bldg., Room 1100, 401 Main St., Peoria, IL 61602

Dana S. Frazier, Trustee, PO Box 159, Murphysboro, IL 62966

Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096

Hyundai Motor Finance, PO Box 269011, Plano, TX 75026

Dennis L. Uhls, 14680 St. Hwy 149, West Frankfort, IL 62896

and by depositing said envelope in a U.S. Post Office mailbox in Mt. Vernon, Illinois, on the 18th day of October, 2021. The above is true and correct to the best of the undersigned's knowledge.

/s/ Alisha Finke
Alisha Finke